# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-1814
_____

DANNESHA WILLIAMS,

Appellant,

v.

FLORIDA DEPARTMENT OF
HEALTH,

Appellee.

_____

On appeal from the Department of Health, Board of Nursing.
Deborah Becker, Chair.

August 6, 2026

PER CURIAM.

AFFIRMED.

ROWE, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dannesha Williams, pro se, Appellant.

Sara Young Hodges, Chief Appellate Counsel, Florida Department of Health, Tallahassee, for Appellee.